IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AMBER WESTBROOK and
BROOKE ELSWORTH                                                                PLAINTIFFS

v.                                    Case No. 2:10-CV-02079

DAVID HUDSON, Individually and as
Sebastian County Judge; FRANK ATKINSON,
Individually and as Sebastian County Sheriff;
MIKE CONGER, Individually and as
Administrator of the Sebastian County Detention
Center; LEON WOOD, Individually and as a
member of the Sebastian County Sheriff's
Department and/or Sebastian County Detention
Center; and JOHN DOES 1-3                                                      DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss (Doc. 19).

IT APPEARING to the Court that the matter has been settled, it is ORDERED that the parties' Joint Motion to Dismiss (Doc. 19) be GRANTED and the case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. 15) is DENIED AS MOOT.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.  The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

    IT IS SO ORDERED this 22nd day of October, 2012.

*/s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE
